1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23 CR 300 AB 1 |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |
| JAVON RAYLIN SULLIVAN, Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

    ☒    the appearance of defendant as required; and/or

    ☒    the safety of any person or the community.

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on:

instant allegations

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on:

instant allegations

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 7/17/2023

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE