CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JAKE CRAMMER (Bar No. 329928)
(E-Mail: Jake_Crammer@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JAVON SULLIVAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAVON SULLIVAN,<br><br>　　　　　Defendant. | Case No. CR 23-300-AB<br><br>**DEFENDANT JAVON SULLIVAN'S SENTENCING POSITION** |

Defendant Javon Sullivan, through his attorney of record, Deputy Federal Public Defender Jake Crammer, hereby files the attached memorandum of points and authorities regarding the application of 18 U.S.C. § 3553(a) in this case, in advance of Mr. Sullivan's revocation hearing where he plans to admit to the violations in the Petition as amended on January 4, 2024.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: January 12, 2023　　　　　By　*/s/ JAKE CRAMMER*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAKE CRAMMER
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for JAVON SULLIVAN

# I. MEMORANDUM OF POINTS AND AUTHORITIES

On December 8, 2023, Mr. Sullivan appeared before the Court and admitted to the allegations in the Petition dated December 6, 2023. (Jan. 4 SRV Packet at 1, 3). At this hearing, the Court continued sentencing to March 8, 2024 at 1:30 p.m. and set a status conference for February 7, 2024, at 1:30 p.m. On January 4, 2024, the United States Probation Office (USPO) amended the December 8 petition to include three more allegations. (Jan. 4 SRV Packet at 1, 3-4). According to the three recently added allegations, Mr. Sullivan was discharged from his residential treatment program on December 23, 2023, and he submitted positive tests for marijuana and methamphetamine on December 26, 2023. The Court then set a preliminary revocation hearing for January 16, 2024, at 11:00 a.m. (Dkt. 30). At the January 16 hearing, Mr. Sullivan plans to admit to the allegations in the amended petition dated January 4, 2024.

Mr. Sullivan deeply regrets the mistakes he has made during this last month, and he understands that these mistakes will carry consequences. To assist the Court in imposing a sentence that is sufficient, but no greater than necessary, to fulfill the goals of sentencing, the defense will provide the Court with some information on where Mr. Sullivan has been, where he is now, and where he sees himself heading in the future. A lot has changed for Mr. Sullivan in the last month, and there is reason to believe that if allowed another chance at a 90-day residential treatment program, Mr. Sullivan would take full advantage of the resources offered to him to truly turn his life around. At this point, the defense understands that we are asking for an act of mercy, as this is not our first request for a second chance. That said, the defense strongly believes that Mr. Sullivan has arrived at a unique place of self-understanding in his recovery journey, such that if the Court is willing to extend Mr. Sullivan grace, that grace will not be in vain.

To begin, it is worth considering the set of circumstances that have led to Mr. Sullivan's recent violations. On September 25, 2023, Mr. Sullivan entered a 90-day

treatment program at Inland Valley Recovery Services (IVRS), and he experienced significant progress over the course of that program. (Dec. 6 SRV Packet at 3-4). Although Mr. Sullivan initially requested that he transition to outpatient treatment after completing 45 days of the residential program, Mr. Sullivan respected the Court's decision to deny that request, and he committed himself to take full advantage of the program's resources. (Dec. 6 SRV Packet at 3). As an example of his progress, Mr. Sullivan was granted permission to attend his stepmother's funeral on November 17, 2023, and although other members of his family were drinking and smoking marijuana, he kept himself under control and avoided using any substances, ultimately testing negative on November 22, 2023. (Dec. 6 SRV Packet at 3).

On December 2, 2023, however, Mr. Sullivan learned what it means to actually hit rock bottom. While scrolling through Instagram, he came across a picture of his ex-girlfriend on a date with her new boyfriend. (Dec. 6 SRV Packet at 3-4). Mr. Sullivan is currently 25 years old, and this ex-girlfriend was the first person he had fully loved as an adult—they shared a home together, and Mr. Sullivan confided in her in ways that he never had with anyone else before. (Dec. 6 SRV Packet at 3-4; *see also* Exh. A). Seeing this social media post devastated him so much that he lost control, punched a wall, and was terminated from the program not for relapsing, but for destroying property. (Dec. 6 SRV Packet at 3-4).

On December 8, 2023, after admitting to the allegations in the December 6 Petition, Mr. Sullivan received a chance from the Court to receive treatment, and he will be the first to say, he bungled that chance. He arrived at his new treatment program wracked with grief, and because of his earlier success at IVRS, he convinced himself that his main problem was grief over his lost relationship, not drugs. In the new program, when asked whether he was an addict, Mr. Sullivan said that he is not a

drug addict,[1] and he was ultimately terminated from the program. (Jan. 4 SRV Packet at 3-4). Overwhelmed with grief and disappointment in himself, Mr. Sullivan returned to his old destructive coping patterns and turned to drugs for relief.

Having discussed where Mr. Sullivan has been, Mr. Sullivan has reached a new place in his recovery journey. Mr. Sullivan minimized his addiction in the past, but he will now say clearly that he is an addict—when asked why he identifies as an addict, Mr. Sullivan often says, "I keep trying to quit and keep messing up." As he's been home with his mother, Mr. Sullivan has come to terms with the grief he feels over losing his ex-girlfriend, and he's taking steps to take care of himself and contribute positively to his family. His mother wishes she could attend Mr. Sullivan's January 16 hearing to discuss this with the Court, but is unable to do so because of a medical appointment that cannot be rescheduled. She has submitted a letter to the Court instead. (Exh. A).

As Mr. Sullivan has finally come to terms with his grief and the depths of his drug problem, he realizes fully how much he needs treatment, so much so that he took it upon himself to apply to a 90-day residential treatment program at God's Properties Sober Living Foundation.[2] (Exh. B). This residential program includes a 90-day live-in requirement, comprehensive drug treatment, drug testing, mandatory AA/NA meetings, motivational classes, community service, mental health classes, and individual counseling sessions. (Exh. B). Although Mr. Sullivan has been placed in

---

[1] According to defense counsel's understanding, Mr. Sullivan was told by his most recent treatment program that MediCal would not cover the treatment program if he didn't identify as an addict. This is why Mr. Sullivan told his Probation Officer that his medical insurance would not cover the program. (Jan. 4 SRV Packet at 3). Mr. Sullivan told his Probation Officer this in good faith, and if it ended up being untrue, it is not because Mr. Sullivan intentionally tried to deceive anyone.

[2] USPO is concerned about Mr. Sullivan receiving treatment through God's Properties, because Mr. Sullivan's brother, Johnathan Sullivan, works at a different God's Properties location. Defense counsel has spoken to both Johnathan Sullivan and Steven Fleming, the Executive Director of God's Properties, and both have been clear that Johnathan Sullivan will in no way be involved with Javon Sullivan's treatment or supervision during the program. They have both signed sworn declarations to this effect. (Exhs. C, D).

3

treatment programs through the Federal Public Defender's Social Support Unit and through the USPO, he called this program and gained admission entirely on his own initiative. He did this because he understands that evading the gravity of his issues is no longer a viable way forward—Mr. Sullivan knows that if there is a way forward, it will require an intensive period of treatment. He checked himself into God's Properties today (January 12, 2024) for the start of a 90-day treatment program.

Mr. Sullivan will be the first to say that his recovery journey has been a rocky road, and he acknowledges that at this point, he can really only ask for mercy. And if the Court is willing to extend that mercy, Mr. Sullivan understands that this will likely be his last chance. However, if the Court is willing to extend Mr. Sullivan that chance, Mr. Sullivan is in a position to fully admit his wrongs, embrace the harsh reality that he has a drug addiction, and take whatever steps he needs to heal himself so that he can become the person he knows he's capable of being.

For the reasons stated above, the defense requests that the Court continue Mr. Sullivan's sentencing hearing to a date later than April 11, 2024, which is 90 days after Mr. Sullivan entered residential treatment at God's Properties. Of course, Mr. Sullivan is also willing to attend any additional status conferences that the Court deems necessary in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 12, 2024        By  */s/ Jake Crammer*
                                JAKE CRAMMER
                                Deputy Federal Public Defender
                                Attorney for JAVON SULLIVAN

4