# EXHIBIT A

Hello Judge Birotte,

     I'm Javon Sullivan's mother, Yvonne Mincy-Lyons.  I want to thank you for being fair with Grace and Mercy by giving chances to my son Javon.  It's truly appreciated, I'm grateful for you.

     My son and I had a conversation about his feelings about his ex-girlfriend being truly in love with her and how he didn't know how to put his emotions in check when they broke up and seeing her with someone else. It caused insecurity within as well as self-doubt that added depression and self-destruction.

     Well I want you to also know that when he was discharged from the last program, I saw a change in him. He was able to get out to be around family as well as other girls building self-esteem, accepting the break up knowing that he will be ok without her. He told me he moved on.

     That being said, I asked him about substance abuse. Javon how are you doing with that? He said he was still trying to deal with it and didn't realize how hard it was to fight. I believe if he could do a program this time he would focus on recovery because the ex is no longer a self destruct emotion that triggered him to give up on his self.

     I've seen him do some house chores lately as well as self care. Like shave, get his hair done, better hygiene habits and a softer approach to me with respect.  I'm like ok, the depression has lifted.

     I'm asking you to help me save my son by resending him to a program away from home that has excellent therapy group sessions.  Now if he messes up this time, then he just has to deal with consequences for a lack of unappreciation XY&Z.

     Thank  you for your kindness, time and being understanding of a young 25-year-old who just might make it this time.

Sincerely,

Yvonne Mincy-Lyons

323-244-3323

yvonnemincylyons@gmail.com